**BARGER & GAINES**

> Application granted. The administrative record shall be filed under seal. It appears, however, that Plaintiffs publicly filed the unsealed, unredacted administrative record on this docket (Doc. 11). The Court respectfully directs the Clerk of Court to strike that filing (Doc. 11) from the docket but retain the summary docket text for the record. Plaintiffs may re-file the certified administrative record under seal.
>
> SO ORDERED:
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 10, 2025

VIA ECF
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St., Room 530
White Plains, NY 10601

November

Re: K.N. & I.N. o/b/o S.N. v. Pearl River Union Free School District
    7:25-cv-05883
    *Letter-Motion to File Administrative Record Under Seal*

Dear Judge Halpern:

    Plaintiffs respectfully request leave to file under seal the Administrative Record from the underlying IDEA due process hearing. The Administrative Record has been Bates stamped with sequential numbering (AR-1 through AR-2314).

    This request is based on federal privacy statutes that require protection of student educational records and personally identifiable information. The entire Administrative Record contains education records protected under the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, which prohibits disclosure without parental consent. These records include IEPs, psychological and educational evaluations, progress reports, medical diagnoses, and detailed descriptions of the student's disabilities and educational needs. Additionally, the Record contains personally identifiable information about a minor student with disabilities that must be protected under IDEA regulations, 34 C.F.R. § 300.622, and Fed. R. Civ. P. 5.2.

    Sealing the entire Record is narrowly tailored to serve these privacy interests, as protected student information appears throughout the document and meaningful redaction would render it incomprehensible for judicial review. This approach satisfies the standard set forth in *Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 120 (2d Cir. 2006), as protecting the educational and medical privacy of minor students with disabilities constitutes a "higher value" justifying sealing. Courts in this Circuit routinely seal administrative records in IDEA cases for these reasons.

    Counsel for the parties conferred and agree that sealing is required to comply with FERPA and IDEA confidentiality requirements.

    Plaintiffs will electronically file the complete Bates-stamped Administrative Record under seal via ECF.

                              Respectfully submitted,

                              BARGER & GAINES
                              Paul N. Barger

**New Jersey**
21 Cedar Ave.
Suite 204
Fair Haven, NJ 07704
P: (908) 242-3635
F: (908) 242-3903

**New York**
1 Bridge St.
Suite 15
Irvington, NY 10533
P: (914) 902-5918
F: (914) 902-5917

**Connecticut**
101 Merritt 7 Corp. Park
Suite 300
Norwalk, CT 06851
P: (203) 883-6200
F: (914) 902-5917

**Michigan**
2723 South State St.
Suite 105
Ann Arbor, MI 48104
P: (248) 469-4920
F: (914) 902-5917