UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.N. AND I.N., INDIVIDUALLY AND ON BEHALF OF S.N.,

Plaintiffs,

-against-

PEARL RIVER UNION FREE SCHOOL DISTRICT,

Defendant.

25 CIVIL 5883 (PMH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, Defendant's motion for summary judgment is GRANTED and Plaintiffs' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**
**Deputy Clerk**